IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(AT LOUISVILLE)

3:16CV649-TBR

SHERRI L. OWENS                             PLAINTIFF

v.

EQUIFAX INFORMATION SERVICES, LLC              DEFENDANT

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Sherri L. Owens, and the Defendant, Equifax Information Services, LLC, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Equifax Information Services, LLC, are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.


TENDERED BY:
*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth St.
Louisville, KY  40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiffs*

*/s/ Kendall Carter*
Kendall W. Carter
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309
(404) 572-2495
Counsel for Defendant